UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

REGINALD T. HANNAH,

                                Plaintiff,

    **-v.-**

                                Civil Action No.
                                9:08-cv-441 (GLS/DRH)

P. VANGUILDER, Deputy Superintendent of
Security; RICHARD ARMSTRONG, Watch
Commander Lieutenant; MICHAEL
CUMMINGS, Escort Guard; and DAVID
STEMP, Recreation Supervisor

                                Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

REGINALD T. HANNAH
Plaintiff, *Pro Se*
04-R-2290
Southport Correctional Facility
Post Office Box 2000
Pine City, New York 14871

**FOR THE DEFENDANTS:**

HON. ANDREW M. CUOMO        ADELE M. TAYLOR-SCOTT, ESQ.
Attorney General of the            Assistant Attorney General
   State of New York
The Capitol
Albany, New York 12224

GARY L. SHARPE,
U.S. DISTRICT JUDGE

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed February 11, 2010. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed February 11, 2010 (Dkt. No. 41) is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that defendants' motion for summary judgment (Dkt. No. 34) is GRANTED and that judgment be entered for all defendants on all claims; and it is further

ORDERED, that the Clerk of the court serve a copy of this order upon the parties in accordance with this court's local rules.

IT IS SO ORDERED.

Dated:   April 7, 2010
         Albany, New York

Gary L. Sharpe
U.S. District Judge